# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **JAMES WALTERS, on behalf of herself and others similarly situated,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**PROFESSSIONAL LABOR GROUP, LLC,** )<br>)<br>Defendant. )<br>)<br>) | Case No. 1:21-cv-2831-JRS-MJD<br><br>Judge James R. Sweeney.<br><br><br><br>**ORDER GRANTING JOINT MOTION FOR AN ORDER APPROVING STIPULATION OF CONDITIONAL CERTIFICATION** |

This matter is before the Court on the Parties' Joint Motion ("Joint Motion") for an Order Approving the Parties' Joint Stipulation of Conditional Certification.

The Court hereby grants the Parties' Joint Motion and Orders:

That the following class is conditionally certified pursuant to § 216(b) of the FLSA:

> All current and formerly hourly workers employed by Professional Labor Group, LLC ("PLG") who worked on PLG's client jobsites that required an overnight stay at any time from the period of November 11, 2018 to the present.

Persons fitting this definition will be referred to herein as "Collective Class Members";

1. The "Notice of Fair Labor Standards Act Lawsuit" attached to the Parties' Joint Motion is approved and should be distributed to the Collective Class Members;

2. The "Consent to Join" attached to the Parties' Joint Motion is approved and should be distributed to the Collective Class Members;

3. Defendant shall provide Plaintiff with a list of all Collective Class Members with known contact information as provided by the Joint Motion within 21 days of this Order. Plaintiff shall mail and email (if email addresses are provided) the Notice and Consent to all Collective and Class Members within 14 days of receipt of the class list.

4. Representative Plaintiff James Walters shall serve as the Representative Plaintiff in this collective action.

5. Shannon M. Draher and Jeffrey Moyle of Nilges Draher LLC shall serve as Lead Counsel in this collective action.

**SO ORDERED**.

Date: 1/20/2022

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record
via CM/ECF.