UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JAMES WALTERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-02831-JRS-MJD |
| | ) | |
| PROFESSIONAL LABOR GROUP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**Final Judgment**

The Court hereby enters final judgment in favor of Plaintiff James Walters, individually and on behalf of the collective he represents, against the Defendant Professional Labor Group, LLC.

The Court certified a 57-employee collective, (ECF No. 150), but later granted summary judgment, (Order 3, ECF No. 196), against six employees whose claims were time-barred. This judgment applies to the 51 remaining members of the collective.

The Court granted summary judgment in Walters' favor on Professional Labor Group's liability for Count I—the sole count—of his collective complaint. (Second Order on Motion for Summary Judgment, ECF No. 160.)

The Parties stipulated to damages in lieu of a bench trial. (ECF Nos. 188, 198.)

Finally, the Court, by an Order on Motion for Attorney Fees issuing concurrently with this final judgment, granted Walters prevailing-party attorney fees and expenses under the FLSA's fee-shifting provision.

Therefore: Plaintiff is awarded, and Defendant shall pay:

$132,806.54 in actual damages;

$66,403.27 in liquidated damages;

$381,195.50 in attorney fees; and

$15,826.23 in costs.

This is a **final judgment** under Federal Rule of Civil Procedure 58; the case is **closed.**

Date: 11/9/2023

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: *Samantha Burmester*
Deputy Clerk, U.S. District Court

Distribution:

Robert E DeRose, II
Barkan Meizlish DeRose Cox, LLP
bderose@barkanmeizlish.com

Shannon M. Draher
Nilges Draher LLC
sdraher@ohlaborlaw.com

John Joseph Morse
Morse & Bickel, P.C.
morse@morsebickel.com

Hans A. Nilges
Nilges Draher LLC
hans@ohlaborlaw.com

Vincent T. Norwillo
The Law Office of Vincent T. Norwillo, LLC
vincent.norwillo@norwillolaw.com